## IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE AT NASHVILLE

RASHEEDAH JUANITA LINDSLEY ANGLIN ]
and SHAWN ANGLIN              ]
                               ]
     **Plaintiffs,**            ]
                               ]
v.                              ]     Case No._____
                               ]
WAL-MART STORES EAST, LP     ]
                               ]
     **Defendant.**           ]

## COMPLAINT

Come now the Plaintiffs, Rasheedah Juanita Lindsley Anglin and Shawn Anglin, by and through counsel, and would respectfully submit to the Court the following Complaint:

1. The Plaintiffs, Rasheedah Juanita Lindsley Anglin and Shawn Anglin, are citizens and residents of the State of Tennessee residing in Nashville, Davidson County, Tennessee.

2. The Defendant, Wal-Mart Stores East, LP, is an entity licensed to do business in the state of Tennessee, thought to be responsible for owning and maintaining the store located at 3458 Dickerson Pike, Nashville, Davidson County, Tennessee where the accident occurred and can be served through the agent for service of process, CT Corporation System, 300 Montvue Rd., Knoxville, Tennessee 37919.

3. The subject of this Complaint is compensation for injuries sustained by the Plaintiff, Rasheedah Juanita Lindsley Anglin, proximately caused by a dangerous condition located inside the premises under the control, maintained by, or owned by the Defendant at the store located at 3458 Dickerson Pike, Nashville, Davidson County, Tennessee, as well as other acts of negligence and breaches of duty, contributing to said injuries.

EXHIBIT
B

4. The sum in controversy is a just, fair, and equitable amount in compensatory damages for the Plaintiff, Rasheedah Juanita Lindsley Anglin, to be determined by the jury at the time of trial after hearing the facts and issues of this case not to exceed $80,000.00.

5. The sum in controversy is a just, fair, and equitable amount to be determined by the jury at the time of trial after hearing the facts and issues of this case for loss of consortium for the Plaintiff, Shawn Anglin, not to exceed $8,000.00.

6. On or about December 12, 2025, the Plaintiff, Rasheedah Juanita Lindsley Anglin, was a patron shopping at the Wal-Mart located in Nashville, Tennessee.

7. It is averred that there was a fire extinguisher not properly fastened or secure to its respective pole, near the rack where Plaintiff was shopping, resulting in an unreasonably dangerous condition. It is further alleged that said Plaintiff did not know of the dangerously unsecured fire extinguisher. It is further alleged that the Defendant through their employees knew or should have known of said dangerous condition and that the condition was foreseeable to them. It is further alleged that employees of Wal-Mart Stores East, LP maintained, controlled, monitored, and maintained the fire extinguishers within said store.

8. As the unsuspecting Plaintiff, Rasheedah Juanita Lindsley Anglin, a patron of the store, shopped in the apparel department, said Plaintiff was struck in the foot by a dangerous, unsecure fire extinguisher which fell unexpectedly and without any action on her part, causing her to suffer injuries.

9. The Plaintiff, Rasheedah Juanita Lindsley Anglin, had a reasonable expectation that Defendant would warn of or make safe any and all dangerous conditions,

especially near the clothing racks where patrons shop. Upon this reliance, the unsuspecting Plaintiff, Rasheedah Juanita Lindsley Anglin, shopping in the high traffic apparel department as a patron, as a result of an improperly secured and dangerous unsecured fire extinguisher, resulted in the unsuspecting Plaintiff to suffer extreme pain and to suffer an injury.

10. The Defendant was negligent, in failing to warn of or make safe for patrons including the Plaintiff, Rasheedah Juanita Lindsley Anglin, the dangerous and foreseeable condition caused by the improperly secured and unreasonably dangerous fire extinguisher that unexpectedly fell off the pole where it was mounted without any action on her part, which proximately caused injuries to said Plaintiff.

11. The Defendant, Wal-Mart Stores East, LP, is directly liable for failing to take appropriate measures to properly inspect and properly secure or make safe the dangerous condition of the improperly secured fire extinguisher that fell off the pole where it was mounted, which proximately caused said unsuspecting Plaintiff, Rasheedah Juanita Lindsley Anglin to suffer injuries.

12. The fire extinguisher where the accident occurred and where the unreasonably dangerous fire extinguisher was mounted, was under the control of the Defendant, whereby negligence for failure to adequately inspect, maintain, and secure said fire extinguisher is inferred under the doctrine of res ipsa loquitor proximately causing the Plaintiff, Rasheedah Juanita Lindsley Anglin, to suffer injuries.

13. Since the accident, the Plaintiff, Rasheedah Juanita Lindsley Anglin, has received examination, evaluation, treatment and therapy for the injuries resulting from the

accident which occurred on or about December 12, 2025. Such injuries include right lower extremity injury, and other injuries, all of which have greatly hindered the enjoyment of life by the said Plaintiff.

14. The Plaintiff, Rasheedah Juanita Lindsley Anglin, alleges that as a proximate result of one or more acts of negligence for failure to warn of or make safe a foreseeably dangerous condition, failure to properly secure the fire extinguisher mounted to the pole in the high traffic apparel area, failure to inspect, failure to maintain, negligent acts, failure to adequately train employees to properly inspect and maintain, and other breaches of duty owed by the Defendant to the said Plaintiff, she has suffered and continues to suffer debilitating injuries as follows: pain and suffering, future pain and suffering, medical expenses, permanent impairment, possible aggravation of pre-existing conditions, and loss of enjoyment of certain social, recreational, and work activities.

15. The Defendant had a duty to warn unsuspecting patrons of dangerous conditions in the store including in the apparel area so that these types of accidents which resulted in severe and debilitating injuries sustained by the Plaintiff, Rasheedah Juanita Lindsley Anglin, would not occur.

16. The Plaintiff, Shawn Anglin, alleges that as a direct and proximate result of one or more acts of negligence by the Defendants, he has suffered and continues to suffer by lack of services, consortium, companionship, and society with his wife, Rasheedah Juanita Lindsley Anglin, which they previously shared with each other and are entitled as Husband and Wife.

17. As a result of the aforestated acts of negligence, failure to warn of or make safe the foreseeably dangerous condition in the high traffic apparel area, failure to adequately inspect the fire extinguisher to make sure it was properly mounted to the pole in the apparel department, as well as all other breaches of duty owed by the Defendant, it is averred said Defendant is directly responsible for said injuries. Furthermore, it is averred that the Defendant, Wal-Mart Inc., is directly and vicariously liable to the Plaintiffs for the afore mentioned losses.

## PREMISES CONSIDERED, THE PLAINTIFFS PRAY:

1. That process issue and the Defendant be required to respond under the Tennessee Rules of Civil Procedure.

2. That a just, fair, and equitable amount in compensatory damages for the Plaintiff, Rasheedah Juanita Lindsley Anglin, to be determined by the jury at the time of trial after hearing the facts and issues of this case be awarded not to exceed $80,000.00.

3. That the Plaintiff, Shawn Anglin, be awarded a just, fair and equitable amount in compensatory damages for the loss of consortium to be determined by the jury after hearing the facts and issues of this case at the time of trial not to exceed $8,000.00.

4. That the costs of this action be taxed to the Defendant.

5. For such other, further and general relief which may be deemed by this Honorable Court to be appropriate.

Respectfully Submitted,

Tim L. Bowden #15379
Michael W. Gaines #37126
Attorneys for Plaintiffs
306 Northcreek Blvd., Ste. 200
Goodlettsville, Tennessee 37072
615-859-1996
bowden_law@bellsouth.net